IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYLE MATTHEW FIDLER and<br>LISA FIDLER, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>GEISINGER MEDICAL CENTER;<br>MARCUS M. RIEDHAMMER, M.D.,<br>CWSP; RIEDHAMMER, MARCUS M.,<br>M.D., P.C.; and KIMBERLY<br>PESARCHICI, PA,<br><br>　　　　　Defendants. | : CASE NO. 4:15-CV-01602<br>:<br>:<br>: 　　(Judge Brann)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

STIPULATION TO CORRECT CAPTION
REGARDING HUSBAND-PLAINTIFF'S NAME

AND NOW, on this 21st day of January, 2016, it is hereby STIPULATED and

AGREED, among all counsel, that the caption of this action should be corrected so that the

husband-plaintiff is henceforth named as "Matthew Fidler." As a result of this Stipulation, all

parties respectfully ask the Clerk of the Court to correct the caption as follows:

| | |
|---|---|
| MATTHEW FIDLER and<br>LISA FIDLER, husband and wife,<br>　　　　　Plaintiffs,<br>　　vs.<br>GEISINGER MEDICAL CENTER;<br>MARCUS M. RIEDHAMMER, M.D.,<br>CWSP; RIEDHAMMER, MARCUS M.,<br>M.D., P.C.; and KIMBERLY<br>PESARCHICI, PA,<br>　　　　　Defendants. | : CASE NO. 4:15-CV-01602<br>:<br>: 　　(Judge Brann)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

WHITE AND WILLIAMS

By: _Anna M. Bryan (by RLS with permission)_
　　Anna M. Bryan
　　Counsel for Defendants

SHRAGER, SPIVEY & SACHS

By: _Robert L. Sachs_
　　Robert L. Sachs, Jr.
　　Co-Counsel for Plaintiffs

[15-4491-01-SSS/327283/1]

ROMANO LAW GROUP

By: _Jeffrey V. Mansell (with permission by EJM.)_
Eric Romano
Jeffrey V. Mansell
Co-counsel for Plaintiffs

Dated: January 21, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYLE MATTHEW FIDLER and LISA FIDLER, husband and wife, | CASE NO. 4:15-CV-01602 |
| Plaintiffs, | (Judge Brann) |
| vs. | |
| GEISINGER MEDICAL CENTER; MARCUS M. RIEDHAMMER, M.D., CWSP; RIEDHAMMER, MARCUS M., M.D., P.C.; and KIMBERLY PESARCHICI, PA, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2016, a true and correct copy of the foregoing supplemental discovery requests was served by electronic mail on the below-noted individuals, as follows:

Anna M. Bryan, Esquire
Russell P. Lieberman, Esquire
bryana@whiteandwilliams.com
liebermanr@whiteandwilliams.com

Jeff Mansell, Esquire
Eric Romano, Esquire
Romano Law Group
Eric@romanolawgroup.com
Jeff@romanolawgroup.com

SHRAGER, SPIVEY & SACHS

By: _/s/ Robert L. Sachs, Jr._
Robert L. Sachs, Jr.
Co-Counsel for Plaintiffs

[15-4491-01-SSS/324061/2]