# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MATTHEW FIDLER and LISA FIDLER, husband and wife, | : | Case No. 4:15-CV-01602 |
| --- | --- | --- |
| Plaintiffs, | : | (Judge Brann) |
| v. | : | |
| GEISINGER MEDICAL CENTER; MARCUS M. RIEDHAMMER, MD, CWSP; RIEDHAMMER, MARCUS M., M.D., P.C.; and KIMBERLY PERSARCHICK, PA, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 5th day of October 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants Geisinger Medical Center; Marcus M. Riedhammer, M.D., CWSP; Riedhammer, Marcus, M., MD, PC; and Kimberly Pesarchick, PA-C's Motion for Summary Judgment (ECF No. 44) is **GRANTED**.

2. The Clerk of Court is directed to enter final judgment in favor of Defendants and close this case.

BY THE COURT

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge